### 17539. GORDON v. THE STATE.

BROYLES, C. J. The bill of exceptions assigns as error the judgment overruling a certiorari. It appearing that the judgment complained of was rendered on May 20, 1926, and that the bill of exceptions was presented to the judge on June 15, 1926, this court is without jurisdiction to entertain the case.

*Writ of error dismissed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Certiorari; from Jones superior court—Judge Park. May 20, 1926.

*J. B. Jackson,* for plaintiff in error.

*J. B. Duke, solicitor-general,* contra.

Certiorari, 11 C. J. p. 219, n. 86.

---

### 17540. WILBANKS v. THE STATE.

BROYLES, C. J. 1. The grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below.

2. While evidence adduced upon the trial amply authorized the defendant's acquittal, there was other evidence which authorized his conviction; and, the finding of the jury against him having been approved by the trial judge, and no error of law upon the trial appearing, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Manslaughter; from Fulton superior court—Judge Howard. May 15, 1926.

*Hewlett & Dennis, J. O. Ewing, Branch & Howard,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, J. H. Hudson,* contra.

Criminal Law, 17 C. J. p. 264, n. 89; p. 271, n. 41.